# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1083**

**CA 12-00886**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

BENJAMIN K. BAKER, PLAINTIFF-APPELLANT,

V                                                                  ORDER

DANA E. BAKER, DEFENDANT-RESPONDENT.

---

KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (SHARI JO REICH OF COUNSEL), FOR PLAINTIFF-APPELLANT.

ANGE & ANGE, BUFFALO (GRACE MARIE ANGE OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered August 8, 2011 in a divorce action. The judgment, insofar as appealed from, directed plaintiff to pay to defendant weekly child support of $252.22.

    It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: November 9, 2012                                  Frances E. Cafarell
                                                           Clerk of the Court